UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No. 2:16-cr-105.3 |
| | ) | Reeves/Corker |
| DANA MATHERLY, | ) | |
| *Defendant*. | ) | |

## Memorandum Opinion and Order

Before the Court is Dana Matherly's motion to continue his trial and corresponding pretrial deadlines. Trial is currently set for May 16, 2017. Defense counsel says that, despite due diligence, he needs more time to prepare for trial and address certain pretrial issues. What's more, the Government does not object to a continuance. The Court finds Matherly's motion well taken, and it is **GRANTED**. Trial is continued to **September 26, 2017, at 9:00 a.m.** All other pretrial deadlines are adjusted accordingly.

Were Matherly's motion denied, it would deny his counsel the reasonable time necessary to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Because of this, the ends of justice served by continuing trial outweigh Matherly's and the public's interests in a speedy trial. *Id.* § 3161(h)(7)(A). The period of time between Matherly's motion and the new trial, therefore, is fully excludable under the Speedy Trial Act. *Id.*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE